**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-24121-RAR**

**AISHIA PETERSEN**,

Plaintiff,

v.

**JASON HYDE LLC**,

Defendant.
_______________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE AND REQUIRING STIPULATION OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the Plaintiff's Notice of Settlement, [ECF No. 11], indicating that the parties have reached a settlement in this matter. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Clerk shall administratively **CLOSE** this case without prejudice to the parties to file the appropriate dismissal documents within **sixty (60) days** of the date of this Order.

2. Any pending motions are **DENIED AS MOOT**.

3. All pending deadlines are **TERMINATED**.

**DONE AND ORDERED** in Miami, Florida, this 10th day of December, 2024.

_______________________________________
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**